## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JD ANDERSON ET AL.,

Plaintiffs,

-against-

BINANCE ET AL.,

Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|31|2022

20 **CIVIL** 2803 (ALC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motion to dismiss is

GRANTED and the Second Amended Complaint is DISMISSED.

**Dated:** New York, New York

March 31, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**