## CA02db Intake

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Friday, April 29, 2022 2:57 PM |
| To: | NYSD CourtMail |
| Subject: | Activity in Case 1:20-cv-02803-ALC Lee et al v. Binance et al Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/29/2022 at 2:57 PM EDT and filed on 4/29/2022

**Case Name:** Lee et al v. Binance et al
**Case Number:** 1:20-cv-02803-ALC
**Filer:**
**WARNING: CASE CLOSED on 03/31/2022**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [79] Notice of Appeal, filed by Brett Messieh, Eric Lee, David Muhammad, Chase Williams, Token Fund I LLC, Corey Hardin, JD Anderson, Ranjith Thiagarajan were transmitted to the U.S. Court of Appeals..(nd)**


**1:20-cv-02803-ALC Notice has been electronically mailed to:**

James P. Rouhandeh    james.rouhandeh@dpw.com, ecf.ct.papers@davispolk.com

Edward John Normand    tnormand@rochefreedman.com, ECF_Notifications@rochefreedman.com, akaradjas@rochefreedman.com

Philippe Zuard Selendy    pselendy@selendygay.com, MCO@selendygay.com, edockets@selendygay.com, paralegals@selendygay.com, philippe-selendy-2570@ecf.pacerpro.com, philippe-selendy-8575@ecf.pacerpro.com

Daniel Jacob Schwartz    daniel.schwartz@dpw.com

Jordan Ari Goldstein    jgoldstein@selendygay.com, Edockets@selendygay.com, MCO@selendygay.com,

dkakanas@selendygay.com, jordan-goldstein-0583@ecf.pacerpro.com, paralegals@selendygay.com

Oscar Shine     oshine@selendygay.com, MCO@selendygay.com, Paralegals@selendygay.com, edockets@selendygay.com, oscar-shine-0119@ecf.pacerpro.com

Mitchell D. Nobel     mnobel@selendygay.com, Paralegals@selendygay.com, edockets@selendygay.com, mco@selendygay.com, mitchell-nobel-0968@ecf.pacerpro.com

Kyle William Roche     kyle@rochefreedman.com, akaradjas@rochefreedman.com

Devin Freedman     vel@rcfllp.com, nbermond@rcfllp.com

Alex Potter     apotter@rochefreedman.com

**1:20-cv-02803-ALC Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20−cv−02803−ALC

Lee et al v. Binance et al  
Assigned to: Judge Andrew L. Carter, Jr  
Cause: 15:77 Securities Fraud

Date Filed: 04/03/2020  
Date Terminated: 03/31/2022  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Lead Plaintiff**

**JD Anderson**     represented by    **Jordan Ari Goldstein**  
Selendy Gay Elsberg PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
212−390−9000  
Email: jgoldstein@selendygay.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**  
Selendy Gay Elsberg PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
212−390−9002  
Email: pselendy@selendygay.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Corey Hardin**     represented by    **Jordan Ari Goldstein**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Eric Lee**     represented by    **Jordan Ari Goldstein**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Brett Messieh**     represented by    **Jordan Ari Goldstein**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**  
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**David Muhammad**     represented by     **Jordan Ari Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Ranjith Thiagarajan**     represented by     **Jordan Ari Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Token Fund I LLC**     represented by     **Jordan Ari Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Lee**     represented by     **Devin Freedman**
*individually and on behalf of all others similarly situated*
Roche Freedman LLP
200 South Biscayne Blvd.
Suite 5500
Miami, FL 33131
305−357−3861
Email: vel@rcfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward John Normand**
Roche Freedman LLP
99 Park Avenue
Suite 1910
New York, NY 10016
917−743−7608
Email: tnormand@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Ari Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle William Roche**
Roche Freedman LLP
99 Park Avenue
Suite 1910
New York, NY 10016
646–350–0527
Email: kyle@rochefreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Potter**
Roche Freedman LLP
99 Park Avenue
Suite 1910
New York, NY 10016
646–970–7543
Email: apotter@rochefreedman.com
*ATTORNEY TO BE NOTICED*

**Mitchell D. Nobel**
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212–390–9000
Email: mnobel@selendygay.com
*ATTORNEY TO BE NOTICED*

**Oscar Shine**
Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York, NY 10104
212–390–9000
Email: oshine@selendygay.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chase Williams**
*individually and on behalf of all others similarly situated*

represented by **Devin Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward John Normand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Ari Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle William Roche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philippe Zuard Selendy**
(See above for address)
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED*<br><br>**Alex Potter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Mitchell D. Nobel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Oscar Shine**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| V.<br>**Defendant** |  |
| **Binance** | represented by **James P. Rouhandeh**<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)–450–4835<br>Fax: (212)–450–3835<br>Email: james.rouhandeh@dpw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Jacob Schwartz**<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)–450–4581<br>Fax: (212)–450–3581<br>Email: daniel.schwartz@dpw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Maurice Nicholas Sage**<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)–450–3140<br>Fax: (212)–701–6140<br>Email: m.nick.sage@davispolk.com<br>*TERMINATED: 10/22/2021* |
| **Defendant** |  |
| **Changpeng Zhao** | represented by **James P. Rouhandeh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Jacob Schwartz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Maurice Nicholas Sage**<br>(See above for address)<br>*TERMINATED: 10/22/2021* |
| **Defendant** |  |
| **Yi He**<br>*TERMINATED: 04/06/2021* | represented by **James P. Rouhandeh**<br>(See above for address) |

|  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|---|---|
|  | **Daniel Jacob Schwartz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Maurice Nicholas Sage**<br>(See above for address)<br>*TERMINATED: 10/22/2021* |

**Defendant**

| **Roger Wang**<br>*TERMINATED: 04/06/2021* | represented by | **James P. Rouhandeh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Daniel Jacob Schwartz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Maurice Nicholas Sage**<br>(See above for address)<br>*TERMINATED: 10/22/2021* |

**Interested Party**

**Crypto Assets Opportunity Fund LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2020 | 1 | COMPLAINT against Binance, Yi He, Roger Yang, Changpeng Zhao. (Filing Fee $ 400.00, Receipt Number ANYSDC–19331072)Document filed by Eric Lee, Chase Williams..(Roche, Kyle) (Entered: 04/03/2020) |
| 04/03/2020 | 2 | CIVIL COVER SHEET filed. (Attachments: # 1 Rider).(Roche, Kyle) (Entered: 04/03/2020) |
| 04/03/2020 | 3 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Binance, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) Modified on 4/6/2020 (pc). (Entered: 04/03/2020) |
| 04/03/2020 | 4 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Changpeng Zhao, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) Modified on 4/6/2020 (pc). (Entered: 04/03/2020) |
| 04/03/2020 | 5 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Yi He, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) Modified on 4/6/2020 (pc). (Entered: 04/03/2020) |
| 04/03/2020 | 6 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to Roger Wang, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) Modified on 4/6/2020 (pc). (Entered: 04/03/2020) |
| 04/03/2020 | 7 | NOTICE OF APPEARANCE by Philippe Zuard Selendy on behalf of Eric Lee, Chase Williams..(Selendy, Philippe) (Entered: 04/03/2020) |
| 04/03/2020 | 8 | NOTICE OF APPEARANCE by Jordan Ari Goldstein on behalf of Eric Lee, Chase Williams..(Goldstein, Jordan) (Entered: 04/03/2020) |
| 04/03/2020 | 9 | NOTICE OF APPEARANCE by Oscar Shine on behalf of Eric Lee, Chase Williams..(Shine, Oscar) (Entered: 04/03/2020) |

| | | |
|---|---|---|
| 04/03/2020 | 10 | NOTICE OF APPEARANCE by Mitchell D. Nobel on behalf of Eric Lee, Chase Williams..(Nobel, Mitchell) (Entered: 04/03/2020) |
| 04/04/2020 | 11 | NOTICE OF APPEARANCE by Edward John Normand on behalf of Eric Lee, Chase Williams..(Normand, Edward) (Entered: 04/04/2020) |
| 04/06/2020 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Kyle William Roche. The party information for the following party/parties has been modified: Eric Lee, Chase Williams. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc) (Entered: 04/06/2020) |
| 04/06/2020 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 04/06/2020) |
| 04/06/2020 | | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 04/06/2020) |
| 04/06/2020 | | Case Designated ECF. (pc) (Entered: 04/06/2020) |
| 04/06/2020 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kyle William Roche to RE−FILE Document No. 5 Request for Issuance of Summons, 6 Request for Issuance of Summons, 3 Request for Issuance of Summons, 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): the date field on the official A.O. Summons form was completed by the attorney;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (pc) (Entered: 04/06/2020) |
| 04/06/2020 | 12 | REQUEST FOR ISSUANCE OF SUMMONS as to Binance, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) (Entered: 04/06/2020) |
| 04/06/2020 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Changpeng Zhao, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) (Entered: 04/06/2020) |
| 04/06/2020 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Yi He, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) (Entered: 04/06/2020) |
| 04/06/2020 | 15 | REQUEST FOR ISSUANCE OF SUMMONS as to Roger Wang, re: 1 Complaint. Document filed by Eric Lee, Chase Williams..(Roche, Kyle) (Entered: 04/06/2020) |
| 04/07/2020 | 16 | ELECTRONIC SUMMONS ISSUED as to Changpeng Zhao..(pc) (Entered: 04/07/2020) |
| 04/07/2020 | 17 | ELECTRONIC SUMMONS ISSUED as to Yi He..(pc) (Entered: 04/07/2020) |
| 04/07/2020 | 18 | ELECTRONIC SUMMONS ISSUED as to Binance..(pc) (Entered: 04/07/2020) |
| 04/07/2020 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Kyle William Roche. The party information for the following party/parties has been modified: Roger Yang. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error;. (pc) (Entered: 04/07/2020) |
| 04/07/2020 | 19 | ELECTRONIC SUMMONS ISSUED as to Roger Wang..(pc) (Entered: 04/07/2020) |
| 05/13/2020 | 20 | NOTICE OF APPEARANCE by Alex Potter on behalf of Eric Lee, Chase Williams..(Potter, Alex) (Entered: 05/13/2020) |

| | | |
|---|---|---|
| 05/14/2020 | 21 | MOTION for Devin Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19827623. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Eric Lee, Chase Williams. (Attachments: # 1 Affidavit of Devin Freedman, # 2 Exhibit A, # 3 Proposed Order).(Freedman, Devin) (Entered: 05/14/2020) |
| 05/14/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Devin Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–19827623. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 05/14/2020) |
| 05/18/2020 | 22 | ORDER FOR ADMISSION PRO HAC VICE granting 21 Motion for Devin Freedman to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 5/18/2020) (ama) (Entered: 05/18/2020) |
| 06/08/2020 | 23 | MOTION for Appointment as Lead Plaintiff and Approval of Selection of Co–Lead Counsel . Document filed by Chase Williams, JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC. (Attachments: # 1 Text of Proposed Order).(Selendy, Philippe) (Entered: 06/08/2020) |
| 06/08/2020 | 24 | MEMORANDUM OF LAW in Support re: 23 MOTION for Appointment as Lead Plaintiff and Approval of Selection of Co–Lead Counsel . . Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Selendy, Philippe) (Entered: 06/08/2020) |
| 06/08/2020 | 25 | DECLARATION of KYLE W. ROCHE in Support re: 23 MOTION for Appointment as Lead Plaintiff and Approval of Selection of Co–Lead Counsel .. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. (Attachments: # 1 Exhibit A – Certification, # 2 Exhibit B – Roche Cyrulnik Freedman Firm Resume, # 3 Exhibit C – Press Release, # 4 Exhibit D – Loss Chart).(Selendy, Philippe) (Entered: 06/08/2020) |
| 06/08/2020 | 26 | DECLARATION of JORDAN A. GOLDSTEIN in Support re: 23 MOTION for Appointment as Lead Plaintiff and Approval of Selection of Co–Lead Counsel .. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. (Attachments: # 1 Exhibit A – Selendy & Gay Firm Resume).(Goldstein, Jordan) (Entered: 06/08/2020) |
| 06/10/2020 | 27 | CERTIFICATE OF SERVICE of Motion for Appointment as Lead Plaintiffs and Approval of Selection of Co–Lead Counsel, Proposed Order Appointing Lead Plaintiffs and Approving Selection of Co–Lead Counsel, Memorandum of Law in Support of Motion for Appointment as Lead Plaintiffs and Approval of Selection of Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Co–Lead Counsel, Declaration of Jordan A. Goldstein and accompanying exhibit, and Declaration of Kyle W. Roche and accompanying exhibits served on Yi He, Roger Wang, Changpeng Zhao, Binance on June 10, 2020. Service was made by MAIL. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 06/10/2020) |
| 06/11/2020 | 28 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Binance served on 5/5/2020. Document filed by Chase Williams; Eric Lee..(Goldstein, Jordan) (Entered: 06/11/2020) |
| 06/17/2020 | 29 | LETTER addressed to The Clerk of Court from Jordan A. Goldstein dated 6/10/2020 re: LETTER addressed to The Clerk of Court from Jordan A. Goldstein dated 6/10/2020 re: Pursuant to F.R.C.P. 5(b)(2)(D), with regard Defendant Yi He, counsel for Plaintiff, serve upon the Clerk of Court the following papers: (1) Notice of JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Chase Williams, and Token Fund I LLC's Motion for Appointment as Lead Plaintiff and Approval of Selection of Roche Cyrulnik Freedman LLP and Selendy and gay PLLC as Co–Lead Counsel; (2) Proposed Order Appointing Lead Plaintiff and Approving Selection of Co–Lead Counsel; (3) Joel Deutsch's |

| | | |
|---|---|---|
| | | Memorandum of Law in Support of His Motion for Appointment as Lead Plaintiff and Approval of Selection of Roche Cyrulnik Freedman LLP and Selendy ad Gay PLLC as Co–Lead Counsel; (4) Declaration of Jordan A. Goldstein and accompanying exhibit, and (5) Declaration of Kyle W. Roche and accompanying exhibits. Document filed by Alexander Clifford. Document filed by Alexander Clifford. Document filed by Eric Lee, Chase Williams.(tro) (Entered: 06/18/2020) |
| 06/17/2020 | 30 | LETTER addressed to The Clerk of Court from Jordan A. Goldstein dated 6/10/2020 re: LETTER addressed to The Clerk of Court from Jordan A. Goldstein dated 6/10/2020 re: Pursuant to F.R.C.P. 5(b)(2)(D), with regard Defendant Roger Wang, counsel for Plaintiff, serve upon the Clerk of Court the following papers: (1) Notice of JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Chase Williams, and Token Fund I LLC's Motion for Appointment as Lead Plaintiff and Approval of Selection of Roche Cyrulnik Freedman LLP and Selendy and gay PLLC as Co–Lead Counsel; (2) Proposed Order Appointing Lead Plaintiff and Approving Selection of Co–Lead Counsel; (3) Joel Deutsch's Memorandum of Law in Support of His Motion for Appointment as Lead Plaintiff and Approval of Selection of Roche Cyrulnik Freedman LLP and Selendy ad Gay PLLC as Co–Lead Counsel; (4) Declaration of Jordan A. Goldstein and accompanying exhibit, and (5) Declaration of Kyle W. Roche and accompanying exhibits. Document filed by Alexander Clifford. Document filed by Alexander Clifford. Document filed by Eric Lee, Chase Williams..(tro) (Entered: 06/18/2020) |
| 07/01/2020 | 31 | LETTER MOTION for Conference *re: Plaintiffs' Anticipated Motion to Join and to File the Proposed Amended Complaint* addressed to Judge Andrew L. Carter, Jr. from Jordan A. Goldstein dated July 1, 2020. Document filed by Eric Lee, Chase Williams. (Attachments: # 1 Exhibit 1 – Proposed Amended Complaint, # 2 Exhibit 2 – Redline).(Goldstein, Jordan) (Entered: 07/01/2020) |
| 07/02/2020 | 32 | CERTIFICATE OF SERVICE of Letter Motion for Conference regarding Plaintiffs Anticipated Motion to Join and to File the Proposed Amended Complaint, Exhibit 1 thereto (Proposed Amended Complaint), and Exhibit 2 thereto (redline) served on Yi He c/o Clerk of the Court, Roger Wang c/o Clerk of the Court, Changpeng Zhao, and Binance on July 2, 2020. Document filed by Eric Lee, Chase Williams..(Goldstein, Jordan) (Entered: 07/02/2020) |
| 07/08/2020 | 33 | LETTER addressed to The Clerk of the Court from Jordan A. Goldstein dated 7/2/2020 re: Counsel for Plaintiff write this letter pursuant to F.R.C.P. 5(b)(2)(D), with regard to Defendant Yi He, and serve upon the Clerk of Court the following papers: the Letter Motion for Conference regarding Plaintiffs' Anticipated Motion to Join and to File the Proposed Amended Complaint, Exhibit 1 thereto (Proposed Amended Complaint), and Exhibit 2 thereto (redline). Document filed by Eric Lee, Chase Williams..(tro) (Entered: 07/09/2020) |
| 07/08/2020 | 34 | LETTER addressed to The Clerk of the Court from Jordan A. Goldstein dated 7/2/2020 re: Counsel for Plaintiff write this letter pursuant to F.R.C.P. 5(b)(2)(D), with regard to Defendant Roger Wang, and serve upon the Clerk of Court the following papers: the Letter Motion for Conference regarding Plaintiffs' Anticipated Motion to Join and to File the Proposed Amended Complaint, Exhibit 1 thereto (Proposed Amended Complaint), and Exhibit 2 thereto (redline). Document filed by Eric Lee, Chase Williams.(tro) (Entered: 07/09/2020) |
| 08/24/2020 | 35 | NOTICE OF APPEARANCE by James P. Rouhandeh on behalf of Binance, Yi He, Roger Wang, Changpeng Zhao..(Rouhandeh, James) (Entered: 08/24/2020) |
| 08/24/2020 | 36 | NOTICE OF APPEARANCE by Daniel Jacob Schwartz on behalf of Binance, Yi He, Roger Wang, Changpeng Zhao..(Schwartz, Daniel) (Entered: 08/24/2020) |
| 08/24/2020 | 37 | NOTICE OF APPEARANCE by Maurice Nicholas Sage on behalf of Binance, Yi He, Roger Wang, Changpeng Zhao..(Sage, Maurice) (Entered: 08/24/2020) |
| 08/24/2020 | 38 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Binance..(Rouhandeh, James) (Entered: 08/24/2020) |
| 08/24/2020 | 39 | PROPOSED STIPULATION AND ORDER. Document filed by Eric Lee, Chase Williams..(Goldstein, Jordan) (Entered: 08/24/2020) |

| | | |
|---|---|---|
| 08/26/2020 | 40 | ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF CO–LEAD COUNSEL granting 23 Motion for Appointment as Lead Plaintiff and Approval of Selection of Co–Lead Counsel. IT IS HEREBY ORDERED THAT: 1. JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Chase Williams, and Token Fund I LLC are appointed Lead Plaintiffs in the above– captioned action. 2. The Court designates the law firms Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Co–Lead Counsel in this action. 3. Co–Lead Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall: a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Lead Plaintiffs and the proposed class on all matters arising during pretrial proceedings; b. Coordinate the conduct of discovery on behalf of Lead Plaintiffs and the proposed class consistent with the requirements of Rule 26 of the Federal Rule of Civil Procedure, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions; c. Conduct settlement negotiations on behalf of Lead Plaintiffs and the proposed class; d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; e. Prepare the case for and conduct trial; and f. Perform such other duties as may be incidental to the proper coordination of pretrial and trial activities or authorized by future order of the Court. 4. All securities class actions raising similar claims subsequently filed in or transferred to the United States District Court for the Southern District of New York shall be consolidated into this action, and this Order shall apply to every such action, absent any further order of the Court. (Signed by Judge Andrew L. Carter, Jr on 8/26/2020) (rj) (Entered: 08/26/2020) |
| 08/26/2020 | 41 | JOINT STIPULATION AND ORDER REGARDING SERVICE OF PROCESS AND SCHEDULE: IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows: The undersigned counsel for Defendants hereby waives service on behalf of all Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and complaint and the form of the summons; Defendants shall have no obligation to answer, move against, or otherwise respond to the Initial Complaint or the Proposed Amended Complaint unless otherwise ordered by the Court. Plaintiffs shall file an amended class action complaint (the "Amended Class Action Complaint") within 60 days after the entry of the Court's order appointing lead plaintiffs and approving lead counsel. Defendants shall answer, move against, or otherwise respond to the Amended Class Action Complaint within 60 days after Plaintiffs file the Amended Class Action Complaint. If Defendants move to dismiss the Amended Class Action Complaint, Plaintiffs shall file any opposition to the motion to dismiss within 45 days after the filing of the motion, and Defendants shall file any reply within 30 days after the filing of the opposition to the motion to dismiss. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 8/26/2020) (ama) (Entered: 08/26/2020) |
| 09/10/2020 | 42 | **FILING ERROR – PDF ERROR – AMENDED COMPLAINT** amending 1 Complaint against Binance, Yi He, Roger Wang, Changpeng Zhao with JURY DEMAND.Document filed by David Muhammad, Brett Messieh, Token Fund I LLC, Corey Hardin, Ranjith Thiagarajan, JD Anderson, Eric Lee. Related document: 1 Complaint. (Attachments: # 1 Exhibit A – Anderson, JD Certification, # 2 Exhibit B – Hardin, Corey Certification, # 3 Exhibit C – Lee, Eric Certification, # 4 Exhibit D – Messieh, Brett Certification, # 5 Exhibit E – Muhammad, David Certification, # 6 Exhibit F – Thiagarajan, Ranjith Certification, # 7 Exhibit G – Williams, Chase Certification, # 8 Exhibit H – Token Fund I LLC Certification).(Selendy, Philippe) Modified on 9/11/2020 (pne). (Entered: 09/10/2020) |
| 09/11/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Philippe Zuard Selendy to RE–FILE Document No. 42 Amended Complaint,,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; remove the word 'PROPOSED' from the PDF. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the corrected PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pne) (Entered:** |

| | | 09/11/2020) |
|---|---|---|
| 09/11/2020 | 43 | AMENDED COMPLAINT amending 1 Complaint against Binance, Yi He, Roger Wang with JURY DEMAND.Document filed by David Muhammad, Brett Messieh, Token Fund I LLC, Corey Hardin, Ranjith Thiagarajan, JD Anderson, Eric Lee. Related document: 1 Complaint. (Attachments: # 1 A – Anderson, JD Certification, # 2 Exhibit B – Harden, Corey Certification, # 3 Exhibit C – Lee, Eric Certification, # 4 Exhibit D – Messieh, Brett Certifcation, # 5 Exhibit E – Muhammed, David Certification, # 6 Exhibit F – Thiagaranjan, Raleigh Certification, # 7 Exhibit G – Williams, Chase Certification, # 8 Exhibit H – Token Fund I LLC Certification).(Selendy, Philippe) (Entered: 09/11/2020) |
| 09/16/2020 | 44 | LETTER MOTION for Conference *re: Plaintiffs' anticipated motion to coordinate* addressed to Judge Andrew L. Carter, Jr. from Jordan A. Goldstein and Kyle W. Roche dated September 16, 2020. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC..(Goldstein, Jordan) (Entered: 09/16/2020) |
| 09/17/2020 | 45 | LETTER addressed to Judge Andrew L. Carter, Jr. from Daniel L. Berger dated September 17, 2020 re: Plaintiffs' Sept. 16, 2020 Letter. Document filed by Crypto Assets Opportunity Fund LLC..(Berger, Daniel) (Entered: 09/17/2020) |
| 09/21/2020 | 46 | LETTER addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated September 21, 2020 re: Plaintiffs' request for a pre–motion conference. Document filed by Binance..(Rouhandeh, James) (Entered: 09/21/2020) |
| 09/22/2020 | 47 | LETTER addressed to Judge Andrew L. Carter, Jr. from Jordan Goldstein and Kyle Roche dated September 22, 2020 re: in response to letters that have been submitted by counsel. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC..(Goldstein, Jordan) (Entered: 09/22/2020) |
| 09/25/2020 | 48 | LETTER addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated September 25, 2020 re: Apprising the Court of a Subsequent Development that is Related to Defendants' Response [Dkt. No. 46] to Plaintiffs' Request for a Pre–Motion Conference Regarding their Anticipated Motion to Coordinate the ICO Cases.. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao. (Attachments: # 1 Exhibit A– PLS Memo Endorsement of Dkt 30 Letter, # 2 Exhibit B– PLS Memo Endorsement of Dkt 52 Letter).(Rouhandeh, James) (Entered: 09/25/2020) |
| 10/05/2020 | 49 | ORDER denying 44 Letter Motion for Conference. Plaintiffs' Motion for Coordination is hereby Denied. So Ordered. (Signed by Judge Andrew L. Carter, Jr on 10/5/2020) (js) (Entered: 10/06/2020) |
| 11/10/2020 | 50 | LETTER MOTION for Conference *Regarding Defendants' Anticipated Motion to Dismiss the Amended Class Action Complaint* addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated November 10, 2020. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao..(Rouhandeh, James) (Entered: 11/10/2020) |
| 11/16/2020 | 51 | LETTER addressed to Judge Andrew L. Carter, Jr. from Jordan A. Goldstein and Kyle W. Roche dated November 16, 2020 re: Defendants' November 10, 2020 letter. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. (Attachments: # 1 Exhibit 1 – Article by Michael del Castillo, Forbes, Leaked 'Tai Chi' Document Reveals Binance's Elaborate Scheme To Evade Bitcoin Regulators (Oct. 29, 2020)).(Goldstein, Jordan) (Entered: 11/16/2020) |
| 12/08/2020 | 52 | ORDER terminating 50 Motion for Conference. The Court is in receipt of the parties' pre–motion conference letters. ECF Nos. 50–51. Upon review of the submissions, the Court denies Defendants' requests for a pre–motion conference. The Court hereby grants Plaintiffs leave to amend their complaint and Defendants leave to file a motion to dismiss the amended complaint. The parties are hereby ORDERED to submit a joint status report with a proposed schedule for amending the complaint and briefing the motion to dismiss by December 15, 2020. The Clerk of Court is directed to terminate ECF No. 50. SO ORDERED.. (Signed by Judge Andrew L. Carter, Jr on 12/8/2020) (ks) (Entered: 12/08/2020) |

| | | |
|---|---|---|
| 12/14/2020 | 53 | PROPOSED STIPULATION AND ORDER. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 12/14/2020) |
| 12/15/2020 | 54 | JOINT STIPULATION AND ORDER: IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Courts approval, as follows: All prior deadlines related to Defendants response to the ACAC are vacated. Plaintiffs shall file the SACAC within fourteen (14) days after the date on which the Court so–orders this proposed schedule. Defendants shall answer, move against, or otherwise respond to the SACAC sixty(60) days after the date on which Plaintiffs file the SACAC. Plaintiffs shall oppose any motion to dismiss sixty (60) days after the date on which Defendants file such motion. Defendants shall file any reply in further support of any motion to dismiss forty– five (45) days after Plaintiffs file their opposition. For the avoidance of doubt, Defendants shall not be required to file an additional pre–motion letter pursuant to Rule 2.A of the Courts Individual Practices prior to filing any motion to dismiss contemplated by this stipulation. Any deadline contemplated by this stipulation that falls on a weekend or federal holiday shall be extended to the next business day. So Ordered. (Signed by Judge Andrew L. Carter, Jr on 12/15/2020) (js) (Entered: 12/15/2020) |
| 12/15/2020 | 55 | SECOND AMENDED COMPLAINT amending 43 Amended Complaint,, against Binance, Yi He, Roger Wang, Changpeng Zhao with JURY DEMAND.Document filed by David Muhammad, Brett Messieh, Token Fund I LLC, Ranjith Thiagarajan, JD Anderson, Eric Lee. Related document: 43 Amended Complaint,,..(Selendy, Philippe) (Entered: 12/15/2020) |
| 02/10/2021 | 56 | PROPOSED STIPULATION AND ORDER. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao..(Rouhandeh, James) (Entered: 02/10/2021) |
| 02/11/2021 | 57 | STIPULATION AND ORDER REGARDING MOTION TO DISMISS BRIEFING: NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to the Court's approval, as follows: The page limit for defendants' memorandum of law in support of any motion to dismiss the SACAC shall be 35 pages. For the avoidance of doubt, defendants shall file a single memorandum of law on behalf of all defendants. The page limit for plaintiffs' memorandum of law in opposition to any motion to dismiss the SACAC shall be 35 pages. For the avoidance of doubt, plaintiffs shall file a single memorandum of law on behalf of all plaintiffs. The page limit for defendants' reply memorandum of law in further support of any motion to dismiss the SACAC (the "Reply Memorandum") shall be 14 pages. For the avoidance of doubt, defendants shall file a single reply memorandum of law on behalf of all defendants. Defendants reserve the right to seek from the Court a further enlargement of the page limit for the Reply Memorandum, and plaintiffs reserve the right to oppose any such request. This stipulation may be executed in counterparts, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes. (Signed by Judge Andrew L. Carter, Jr on 2/11/2021) (js) (Entered: 02/11/2021) |
| 02/16/2021 | 58 | MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao..(Rouhandeh, James) (Entered: 02/16/2021) |
| 02/16/2021 | 59 | MEMORANDUM OF LAW in Support re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*. . Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao..(Rouhandeh, James) (Entered: 02/16/2021) |
| 02/16/2021 | 60 | DECLARATION of James P. Rouhandeh in Support re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*.. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao. (Attachments: # 1 Exhibit 1. Binance Terms of Use, last revised February 20, 2019, # 2 Exhibit 2. Binance's FAQ webpage, # 3 Exhibit 3. Table of dates of plaintiffs' purchases, # 4 Exhibit 4. SEC website entitled "National Securities Exchanges", # 5 Exhibit 5. SEC website entitled "Company Information About Active Broker–Dealers", # 6 Exhibit 6. Publication of SEC Strategic Hub for Innovation and Financial Technology, dated April 3, 2019, # 7 Exhibit 7. SEC Exchange Act Release No. 81207, dated July 25, 2017, # 8 Exhibit 8. Statement of SEC Divisions of Enforcement and Trading Markets, dated March 7, 2018, # 9 Exhibit 9. CNBC article dated June 6, 2018, # 10 Exhibit 10. |

| | | |
|---|---|---|
| | | Remarks of William Hinman, SEC Director of Corporate Finance, # 11 Exhibit 11. Binance Terms of Use, last revised July 6, 2017, # 12 Exhibit 12. Binance Terms of Use, last revised January 13, 2021, # 13 Exhibit 13. Table of blue sky law statutory sections).(Rouhandeh, James) (Entered: 02/16/2021) |
| 02/24/2021 | 61 | LETTER addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated February 24, 2021 re: Supplemental Authority that supports Defendants' pending Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and/or to Compel Arbitration. Document filed by Binance, Yi He, Roger Wang, Changpeng Zhao. (Attachments: # 1 Exhibit A– Supplemental Authority).(Rouhandeh, James) (Entered: 02/24/2021) |
| 04/05/2021 | 62 | PROPOSED STIPULATION AND ORDER. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 04/05/2021) |
| 04/06/2021 | 63 | STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANTS HE AND WANG: IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that all of claims alleged against Defendants He and Wang in the above–captioned action are voluntarily dismissed pursuant to Federal Rule of Civil Procedure 4 l(a)(l)(A)(ii). IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the briefing schedule regarding Defendants' motion to dismiss (ECF No. 57) shall remain in full force and effect. IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the claims against Defendants Binance and Changpeng Zhao shall not be affected by this Stipulation and Proposed Order. SO ORDERED. Yi He and Roger Wang terminated. (Signed by Judge Andrew L. Carter, Jr on 4/6/2021) (kv) (Entered: 04/06/2021) |
| 04/19/2021 | 64 | MEMORANDUM OF LAW in Opposition re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*. . Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 04/19/2021) |
| 04/19/2021 | 65 | DECLARATION of Kyle W. Roche in Opposition re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*.. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. (Attachments: # 1 Exhibit 1 – Binance Registration Page Screen Shot, # 2 Exhibit 2 – 2018.02.28 Forbes Article, # 3 Exhibit 3 – 2019.03.07 Twitter Screenshot, # 4 Exhibit 4 – 2021.01.29 Twitter Screenshot, # 5 Exhibit 5 – 2021.01.29 Twitter Screenshot, # 6 Exhibit 6 – 2019.05.27 Twitter Screenshot).(Goldstein, Jordan) (Entered: 04/19/2021) |
| 06/03/2021 | 66 | REPLY MEMORANDUM OF LAW in Support re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*. . Document filed by Binance, Changpeng Zhao..(Rouhandeh, James) (Entered: 06/03/2021) |
| 06/03/2021 | 67 | DECLARATION of James P. Rouhandeh in Support re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*.. Document filed by Binance, Changpeng Zhao. (Attachments: # 1 Exhibit 1– Declaration of Corey Hardin, # 2 Exhibit 2– Declaration of David Muhammad, # 3 Exhibit 3– Declaration of Chase Williams, # 4 Exhibit 4– States with Blue Sky Law Limitations Periods of 1 or 2 Years).(Rouhandeh, James) (Entered: 06/03/2021) |
| 06/04/2021 | 68 | LETTER MOTION for Oral Argument *on Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration* addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated June 4, 2021. Document filed by Binance, Changpeng Zhao..(Rouhandeh, James) (Entered: 06/04/2021) |
| 06/07/2021 | 69 | LETTER MOTION for Oral Argument addressed to Judge Andrew L. Carter, Jr. from Kyle W. Roche and Jordan A. Goldstein dated June 7, 2021. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 06/07/2021) |

| | | |
|---|---|---|
| 06/25/2021 | 70 | LETTER addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated June 25, 2021 re: Supplemental Authority supporting Defendants' pending Motion to Dismiss Plaintiff's Second Amended Class Action Complaint. Document filed by Binance, Changpeng Zhao. (Attachments: # 1 Exhibit A – Supplemental Authority).(Rouhandeh, James) (Entered: 06/25/2021) |
| 06/27/2021 | 71 | LETTER addressed to Judge Andrew L. Carter, Jr. from Jordan A. Goldstein and Kyle W. Roche dated June 27, 2021 re: In Response to Defendants' June 25, 2021 Letter re Supplemental Authority. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams..(Goldstein, Jordan) (Entered: 06/27/2021) |
| 10/22/2021 | 72 | LETTER addressed to Judge Andrew L. Carter, Jr. from M. Nick Sage dated October 22, 2021 re: Withdrawal of M. Nick Sage as Counsel for Defendants Binance and Changpeng Zhao. Document filed by Binance, Changpeng Zhao..(Sage, Maurice) (Entered: 10/22/2021) |
| 10/22/2021 | 73 | MEMO ENDORSEMENT on re: 72 Letter filed by Binance, Changpeng Zhao. ENDORSEMENT: SO ORDERED. Attorney Maurice Nicholas Sage terminated. (Signed by Judge Andrew L. Carter, Jr on 10/22/2021) (ate) (Entered: 10/22/2021) |
| 12/13/2021 | 74 | LETTER addressed to Judge Andrew L. Carter, Jr. from Jordan A. Goldstein and Kyle W. Roche dated December 13, 2021 re: Notice of Supplemental Authority. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. (Attachments: # 1 Exhibit A – Supplemental Authority).(Goldstein, Jordan) (Entered: 12/13/2021) |
| 12/17/2021 | 75 | LETTER addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated December 17, 2021 re: Response to Plaintiffs' Notice of Supplemental Authority. Document filed by Binance, Changpeng Zhao..(Rouhandeh, James) (Entered: 12/17/2021) |
| 02/15/2022 | 76 | NOTICE OF CHANGE OF ADDRESS by Jordan Ari Goldstein on behalf of JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. New Address: Selendy Gay Elsberg PLLC,..(Goldstein, Jordan) (Entered: 02/15/2022) |
| 03/31/2022 | 77 | OPINION AND ORDER re: 58 MOTION to Dismiss *Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration*. filed by Roger Wang, Binance, Changpeng Zhao, Yi He, 69 LETTER MOTION for Oral Argument addressed to Judge Andrew L. Carter, Jr. from Kyle W. Roche and Jordan A. Goldstein dated June 7, 2021. filed by Brett Messieh, Eric Lee, David Muhammad, Chase Williams, Token Fund I LLC, Corey Hardin, JD Anderson, Ranjith Thiagarajan, 68 LETTER MOTION for Oral Argument *on Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and/or Compel Arbitration* addressed to Judge Andrew L. Carter, Jr. from James P. Rouhandeh dated June 4, 2021. filed by Binance, Changpeng Zhao. For the reasons above, Defendants' motion to dismiss is GRANTED and the Second Amended Complaint is DISMISSED. The parties requests for oral argument are DENIED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 58, 68, 69. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 3/31/2022) (jca) (Entered: 03/31/2022) |
| 03/31/2022 | | Transmission to Orders and Judgments Clerk. Transmitted re: 77 Memorandum & Opinion to the Orders and Judgments Clerk. (jca) (Entered: 04/01/2022) |
| 03/31/2022 | 78 | CLERK'S JUDGMENT re: 77 Memorandum & Opinion in favor of Binance, Changpeng Zhao against Token Fund I LLC, Brett Messieh, Chase Williams, Corey Hardin, David Muhammad, Eric Lee, JD Anderson, Ranjith Thiagarajan. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motion to dismiss is GRANTED and the Second Amended Complaint is DISMISSED. (Signed by Clerk of Court Ruby Krajick on 3/31/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 04/04/2022) |
| 04/29/2022 | 79 | NOTICE OF APPEAL from 77 Memorandum & Opinion,,,, 78 Clerk's Judgment,,. Document filed by JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams. Filing fee $ 505.00, receipt number ANYSDC–26079404. Form C and Form D are due within 14 |

| | | |
|---|---|---|
| | | days to the Court of Appeals, Second Circuit..(Goldstein, Jordan) Modified on 4/29/2022 (nd). (Entered: 04/29/2022) |
| 04/29/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 79 Notice of Appeal,..(nd) (Entered: 04/29/2022) |
| 04/29/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 79 Notice of Appeal, filed by Brett Messieh, Eric Lee, David Muhammad, Chase Williams, Token Fund I LLC, Corey Hardin, JD Anderson, Ranjith Thiagarajan were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/29/2022) |