# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Lee v. Binance　　　　　　　　　　　　　　　　　　　　　Docket No.: 22-00972

Lead Counsel of Record (name/firm) or Pro se Party (name): Jordan A. Goldstein, Selendy Gay Elsberg PLLC

Appearance for (party/designation): Chase Williams; Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.　See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.　The following parties do not wish to participate in this appeal:
　　　Parties: _____
( ) Incorrect.　Please change the following parties' designations:
　　　Party　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____　　　Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.　The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on April 29, 2021 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ Jordan A. Goldstein
Type or Print Name: Jordan A. Goldstein
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.