## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Lee, et al. v. Binance, et al.　　　　　　　　　　　　　　Docket No.: 22-972

Lead Counsel of Record (name/firm) or Pro se Party (name): James P. Rouhandeh, Davis Polk & Wardwell LLP

Appearance for (party/designation): Appellees Binance and Changpeng Zhao

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.　See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.　The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect.　Please change the following parties' designations:
　　Party　　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____　Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.　The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 06/02/2020 _____ OR that ( ) I applied for admission on _____ or renewal on _____.　If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ James P. Rouhandeh
Type or Print Name: James P. Rouhandeh
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

JD ANDERSON, COREY HARDIN, ERIC LEE, BRETT MESSIEH, DAVID MUHAMMAD, RANJITH THIAGARAJAN, CHASE WILLIAMS, and TOKEN FUND I LLC, individually and on behalf of all others similarly situated,

*Appellants*,

– v. –

BINANCE and CHANGPENG ZHAO,

*Appellees*,

YI HE and ROGER WANG,

*Defendants*.