## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lee, et al. v. Binance, et al.　　　Docket No.: 22-972

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel J. Schwartz

Firm: Davis Polk & Wardwell, LLP

Address: 450 Lexington Ave.

Telephone: (212) 450-4581　　　Fax: (212) 701-5581

E-mail: daniel.schwartz@davispolk.com

Appearance for: Appellees Binance and Changpeng Zhao
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: James P. Rouhandeh, Davis Polk & Wardwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 08/05/2019　　OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Daniel J. Schwartz

Type or Print Name: Daniel J. Schwartz