Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Jordan Goldstein
Partner
212.390.9008
jgoldstein@selendygay.com

May 17, 2022

**<u>Via CM/ECF</u>**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the
Second Circuit
Thurgood Marshall United States
Courthouse
40 Foley Square
New York, New York 10007

Re:  *Lee v. Binance*, Case No. 22-972

Dear Ms. O'Hagan Wolfe,

On May 16, 2022, counsel for Appellees Binance and Changpeng Zhao filed an Acknowledgement and Notice of Appearance (CM/ECF No. 13) indicating that the caption in the above-captioned appeal is incorrect and providing a caption page reflecting a corrected caption. Because Appellants stipulated to a voluntary dismissal of their claims against Yi He and Roger Wang in the district court, Appellants do not object to Appellees' corrected caption designating He and Wang as Defendants rather than Appellees.

Sincerely,

Jordan Goldstein
Partner