# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Lee v. Binance**  Docket No.: **22-972**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Caitlin J. Halligan**

Firm: **Selendy Gay Elsberg PLLC**

Address: **1290 Avenue of the Americas, New York, NY 10104**

Telephone: **212-390-9000**   Fax: **212-390-9399**

E-mail: **challigan@selendygay.com**

Appearance for: **JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, Chase Williams**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jordan A. Goldstein, Selendy Gay Elsberg PLLC** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 10, 2020**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **s/ Caitlin J. Halligan**

Type or Print Name: **Caitlin J. Halligan**