Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Jordan Goldstein
Partner
212.390.9008
jgoldstein@selendygay.com

May 24, 2022

**Via CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the
Second Circuit
Thurgood Marshall United States
Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Lee v. Binance*, **Case No. 22-972**

Dear Ms. O'Hagan Wolfe:

      Pursuant to the Court's Local Rule 31.2(a)(1)(A), Plaintiffs-Appellants request that the deadline for their brief in the above-referenced appeal be July 28, 2022.

Sincerely,

Jordan A. Goldstein

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2022, I caused the foregoing letter to be filed using the Court's CM/ECF system, which will serve the document on representatives of all parties to this appeal.

*/s/ Jordan A. Goldstein*