# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-two.

Before:    José A. Cabranes,
              *Circuit Judge,*

_____

| | |
|---|---|
| Chase Williams, individually and on behalf of all others similarly situated, | **ORDER** |
|     Plaintiff-Appellant, | Docket No. 22-972 |
| JD Anderson, Corey Hardin, Eric Lee, individually and on behalf of all others similarly situated, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, | |
|     Lead-Plaintiffs-Appellants, | |
| v. | |
| Binance, Changpeng Zhao, | |
|     Defendants-Appellees. | |

_____

    Appellants move for the removal of this matter from the Court's Expedited Appeals Calendar.

    IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

