<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

</div>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-two,

_____

| | |
|---|---|
| Chase Williams, individually and on behalf of all others similarly situated, | **ORDER** <br> Docket No: 22-972 |
|       Plaintiff-Appellant, | |
| JD Anderson, Corey Hardin, Eric Lee, individually and on behalf of all others similarly situated, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, | |
|       Lead-Plaintiffs-Appellants, | |
| v. | |
| Binance, Changpeng Zhao, | |
|       Defendants-Appellees. | |
| Yi He, Roger Wang, | |
|       Defendants. | |

_____

Counsel for APPELLANT JD Anderson et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 28, 2022 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 28, 2022. The appeal is dismissed effective July 28, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

<div style="margin-left:50%">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>