**Davis Polk**

James P. Rouhandeh
212-450-4835
rouhandeh@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

August 10, 2022

Re: *Lee, et al. v. Binance, et al.*, Docket No. 22-972

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Ms. Wolfe:

We represent defendants-appellees Binance and Changpeng Zhao in the above-referenced appeal. Plaintiffs-appellants JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Token Fund I LLC, and Chase Williams filed the Brief for Plaintiffs-Appellants on July 28, 2022.

Pursuant to Local Rule 31.2 of the Local Rules of this Court, Binance and Changpeng Zhao respectfully request that the deadline for filing their Brief for Defendants-Appellees be set for Thursday, October 27, 2022. This deadline is in compliance with Local Rule 31.2(a)(1)(B), as it is within 91 days from the filing of the plaintiffs-appellants' opening brief.

Respectfully submitted,

/s/ *James P. Rouhandeh*

James P. Rouhandeh


Electronic Filing


cc: All Counsel of Record
(via ECF)